**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: JAHAAN SHAHEED   :   No. 93 WM 2019
MOTION FOR EXTENSION PURSUANT    :
TO RULE 311                       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of October, 2019, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED, IN PART. In order to afford Jahaan Shaheed time to seek full admission to the Pennsylvania bar, her temporary admission is extended until April 30, 2020.